GEORGE M. CLARKE, Appellant, *v.* STEPHEN H. GORDON et al., Respondents, Impleaded with Others.

Argued January 11, 1937; decided January 26, 1937.

*Ransom H. Gillett* for appellant.

*John Bright* and *Abram F. Servin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.